162 So.2d 15

### UNITED GAS PIPE LINE COMPANY

v.

### Onie Martin NEZAT et vir.

#### No. 47187.

April 2, 1964.

In re: United Gas Pipe Line Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry.   160 So.2d 367.

Writ denied.   No error of law under the facts found by the Court of Appeal.

McCALEB, J., is of the opinion that a writ should be granted.